IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KRYSTAL RAY GRAYSON WEBSTER #228428, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:13-CV-641-WKW [WO] |
| QUALITY CORRECTIONAL HEALTH CARE, DR. BATES, and DR. GURLY, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On November 25, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 17.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. The costs of this proceeding are TAXED against Plaintiff.

DONE this 10th day of March, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE